**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    MARQUITA M. HAMPTON                      Chapter 13

                     Debtor                 Bankruptcy No. 13-16278-JKF
                                                  Date: 11/21/2013
                                                  Time: 09:30 AM
                                                  Courtroom: #Courtroom #3
                                                  900 Market St,
                                                  Philadelphia PA 19107

**CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL**

     **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to provide, not later than 7 days before the date first set for the first meeting of creditors, a copy of the Federal income tax return required by 11 U.S.C Section 521(e)(2).

Debtor(s) has/have failed to file with appropriate tax authorities, not later than the day before the date on which the meeting of creditors is first scheduled to be held under 11 U.S.C. Section 341(a), all tax returns as required by 11 U.S.C. Sections 1307(e) and 1308(a).

     The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

     **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                                  Respectfully submitted,

                                                  /s/ William C. Miller
                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee
                                                  P.O. Box 40119
                                                  Philadelphia, PA 19106
                                                  Telephone: (215)627-1377